UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00145

———

**Joseph Dan Fuller,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a prisoner proceeding pro se, brought this lawsuit alleging violations of his constitutional rights. Doc. 1. The court referred the case to a magistrate judge, who issued a report finding that plaintiff has accumulated three strikes under 28 U.S.C. § 1915(g). Doc. 4 at 2. The report also found that plaintiff failed to show that he is in imminent danger of serious physical injury. *Id.* at 3. Therefore, the report recommended that the court bar the plaintiff from proceeding without paying the filing fee pursuant to 28 U.S.C. § 1915(g) and dismiss this case subject to reopening if the plaintiff pays the filing fee within fifteen days of judgment. *Id.* at 4. Plaintiff filed no objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed with prejudice as to the refiling of another in forma pauperis lawsuit raising the same claims but without prejudice to plaintiff refiling the case upon payment of the full filing fee or with proof that he is in imminent danger of serious physical injury. The case will be reopened if plaintiff pays the full filing fee within 15 days of receipt of the judgment. Any pending motions are denied as moot.

- 1 -

- 2 -

*So ordered by the court on May 20, 2026.*

J. CAMPBELL BARKER
United States District Judge